IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KAITY RUILOVA, et al.,<br><br>                 Plaintiffs,<br><br>v.<br><br>YALE NEW HAVEN HOSPITAL, INC., et al.,<br><br>                 Defendants. | Civil Action No. 3:22-cv-00111-MPS<br><br>October 21, 2022 |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY
IN SUPPORT OF THEIR MOTION TO DISMISS**

In further support of their Motion to Dismiss Plaintiffs' Amended Complaint (Dkt. # 59), Defendants Yale New Haven Hospital, Inc., the Board of Trustees of Yale New Haven Hospital, Inc., the System Investment Committee of Yale New Haven Health Services Corporation and System Affiliates, and the Retirement Committee of Yale New Haven Health Services Corporation and System Affiliates ("Defendants") respectfully submit this Notice of Supplemental Authority.

Attached hereto as Exhibit A is a recent decision by the United States Court of Appeals for the Eighth Circuit in *Matousek v. MidAmerican Energy Co.*, No. 21-2749 (8th Cir. Oct. 12, 2022). Pages three through six of the *Matousek* opinion support Defendants' arguments regarding the pleading deficiencies in Plaintiffs' claims concerning recordkeeping fees, as set forth on pages nine through sixteen of Defendants' Memorandum of Law in Support of Their Motion to Dismiss (Dkt. # 37-1 at 9-16). Pages seven through ten of the *Matousek* opinion support Defendants' arguments regarding Plaintiffs' failure to include sufficient detail to establish that their comparator funds constitute meaningful benchmarks, as set forth in Defendants' Memoranda of Law in Support of Their Motions to Dismiss Plaintiffs' original Complaint and Amended Complaint (Dkt. # 37-1 at 17-32; Dkt. #59-1 at 2-7).

Attached hereto as Exhibit B is the United States District Court for the Eastern District of New York's recent decision in *Gonzalez v. Northwell Health, Inc.*, No. 20-CV-3256, 2022 WL 4639673 (E.D.N.Y. Sept. 30, 2022).  Pages *7 through *8 of the *Northwell Health* opinion support Defendants' arguments regarding Plaintiffs' allegations of underperformance over a limited time period, as set forth in Defendants' Memoranda of Law in Support of Their Motions to Dismiss Plaintiffs' original Complaint and Amended Complaint (Dkt. # 37-1 at 17-32; Dkt. #59-1 at 2-7).

Dated: October 21, 2022

Respectfully submitted,

THE DEFENDANTS,
*Yale New Haven Hospital, Inc., the Board of Trustees of Yale New Haven Hospital, Inc., and the Investment Oversight Committee of the Yale New Haven Hospital and Tax Exempt Affiliates Tax Sheltered Annuity Plan*

<u>/s/ William J. Delany</u>
William J. Delany (admitted *pro hac vice*)
Michael J. Prame (admitted *pro hac vice*)
Elizabeth L. Woods (admitted *pro hac vice*)
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue, NW
Washington, DC 20006
Tel No. (202) 861-0164
Fax No. (202) 659-4503
Email: wdelany@groom.com
mprame@groom.com
ewoods@groom.com

Jonathan B. Orleans (ct05440)
PULLMAN & COMLEY LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006
Tel. No. (203) 330.2129
Fax No. (203) 576.8888
Email: jborleans@pullcom.com

*Their Attorneys*