IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KAITY RUILOVA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>YALE-NEW HAVEN HOSPITAL, INC., *et al.*,<br><br>Defendants. | Civil Action No. 3:22-cv-00111-MPS |

### MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND ATTORNEYS' FEES, EXPENSES, AND CASE CONTRIBUTION AWARDS

Plaintiffs, Kaity Ruilova and Eileen Brannigan (collectively, "Plaintiffs"), on behalf of the proposed Settlement Class and the Yale-New Haven Hospital and Tax Exempt Affiliates Tax Sheltered Annuity Plan (the "Plan"), hereby respectfully move pursuant to Federal Rule of Civil Procedure 23 for entry of an Order that: (1) grants final approval of the Settlement with Defendants Yale New Haven Hospital, Inc., the Board of Trustees of Yale New Haven Hospital, Inc., the System Investment Committee of Yale New Haven Health Services Corp. and System Affiliates, and the Retirement Committee of Yale New Haven Health Services Corp. and System Affiliates (collectively, "Defendants"), as memorialized in the Settlement Agreement dated November 17, 2023 (ECF No. 98-3); (2) maintains certification of the Settlement Class; (3) finds the manner in which the Settlement Class was notified of the Settlement was the best notice practicable under the circumstances, and fair, reasonable, and adequate; (4) approves the Plan of Allocation; and (5) awards attorneys' fees of 25% of the Net Settlement Amount, inclusive of expenses, and class contribution awards of $12,500.00 each to Plaintiffs.

For the reasons set forth in the Settlement Agreement, accompanying memorandum of law, and all supporting papers, as well as the record in this litigation, Plaintiffs respectfully

submit that the Settlement is fair, reasonable, and adequate, and should be finally approved, the Settlement Class should be maintained through entry of a final judgment, and the related applications should be granted.

The Settlement is the product of arm's-length negotiations between the parties and their counsel, all of whom comprehensively litigated this matter, are well-informed regarding all the issues in this litigation, and have significant experience in complex litigation of this type. Further, the Settlement was approved and authorized by an Independent Fiduciary. Accordingly, Plaintiffs respectfully request that the Court enter the proposed Final Approval Order.

Plaintiffs stand ready to provide any additional information that the Court may require in connection with its consideration of this Motion.

Dated: April 12, 2024                                Respectfully submitted,

/s/ *Laurie Rubinow*
James E. Miller
Laurie Rubinow
MILLER SHAH LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 540-5505
Facsimile: (866) 300-7367
Email: jemiller@millershah.com
       lrubinow@millershah.com

James C. Shah
Alec J. Berin
MILLER SHAH LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: jcshah@millershah.com
       ajberin@millershah.com

Anna K. D'Agostino
MILLER SHAH LLP
225 Broadway, Suite 1830
New York, NY 10007
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: akdagostino@millershah.com

Mark K. Gyandoh
CAPOZZI ADLER, P.C.
132 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile: (7170 233-4103
Email: markg@capozziadler.com

*Attorneys for Plaintiffs, the Plan,
and the Settlement Class*

## **CERTIFICATE OF SERVICE**

      I certify that on April 12, 2024, I caused the foregoing document to be filed using the Court's CM/ECF system, which sent notice to all counsel of record.

                                                    /s/ *Laurie Rubinow*
                                                    Laurie Rubinow