# UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
## CIVIL STANDARD MINUTES

Date **5/28/2024**

**Ruilova et al**
Vs.
**Yale-New Haven Hospital, Inc. et al**

Start Time **4:02PM**   End Time **4:07PM**

Recess (if more than ½ hr) _____ to _____

Total Time _____ hour(s) **5** minute(s)

Case # **3:22-cv-00111-MPS**

Honorable Judge **Michael P. Shea**

Deputy Clerk **C. Sichanh**

Counsel for Pla(s) **Alec Berin**

Counsel for Dft(s) **William J Delany**

Reporter/ECRO/Courtsmart **J. Monette**

Interpreter _____ Language _____

Hearing held ☑ in person ☐ by video ☐ by telephone

## HEARING AND TIME

| | | |
|---|---|---|
| ☐ Motion/Oral Argument | ☐ Show Cause Hearing | ☐ Evidentiary Hearing |
| ☐ Judgment Debtor Exam | ☐ Pretrial Conference | ☐ Scheduling Conference |
| ☐ Status Conference | ☐ Settlement Conference | ■ Other: **Fairness Hearing**   5 |

## MOTIONS

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____
☐ Status report due _____
☐ Hearing continued until _____ at _____

## NOTES